Case 4:07-cr-00252-JMM   Document 2   Filed 08/07/07   Page 1 of 2

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG - 7 2007

JAMES W. McCORMACK, CLERK
By:_____
                      DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 4:07CR00252 JMM |
| v. ) | 18 U.S.C. §1470 |
| ) | 18 U.S.C. §2422(b) |
| DANNY T. SMITH ) | |
| a/k/a JEFF WATSON ) | |

INDICTMENT

THE GRAND JURY CHARGES THAT:

COUNT ONE

From in or about October, 2006 to December, 2006 in the Eastern District of Arkansas and elsewhere, the defendant

DANNY T. SMITH

did knowingly attempt to transfer obscene matter to another individual who had not attained the age of 16 years, knowing such individual had not attained the age of 16 years, by using any facility or means of interstate or foreign commerce, i.e. by computer.

All in violation of Title 18, United States Code, Section 1470.

COUNT TWO

From in or about October, 2006 to December, 2006 in the Eastern District of Arkansas and elsewhere, the defendant

DANNY T. SMITH

using facilities and means of interstate commerce, knowingly attempted to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual

activity for which any person can be charged with a criminal offence, that is Sexual Assault in the Fourth Degree (A.C.A. §5-14-127).

All in violation of Title 18, United States Code, Section 2422(b).

END OF TEXT SIGNATURE PAGE ATTACHED.